IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHRISTINA CHURCHWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 2:19-cv-02779 |
| | ) |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, by and through her attorney, and pursuant to Rule 41(a)(1) (A) (i) of the Federal Rules of Civil Procedure, the above-titled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, with each side to bear its own fees and costs.

**Dated: March 16, 2020**　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Ryan M. Callahan
　　　　　　　　　　　　　　　　　　　　Ryan M. Callahan, KS 25363
　　　　　　　　　　　　　　　　　　　　***Callahan Law Firm, LLC***
　　　　　　　　　　　　　　　　　　　　222 W. Gregory Blvd., Ste. 210
　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64114
　　　　　　　　　　　　　　　　　　　　(816) 822-4041
　　　　　　　　　　　　　　　　　　　　Fax: (913) 273-1799
　　　　　　　　　　　　　　　　　　　　ryan@callahanlawkc.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby declare that on this 16th day of March, 2020, the foregoing document was served, by postage prepaid first-class mail, upon all parties in interest, with notice of electronic case activity generated and provided to all parties receiving electronic notice.

　　　　　　　　　　　　　　　　　　　　/s/ Ryan M. Callahan
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff